UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

JS-6

| | | | |
|---|---|---|---|
| Case No. | **EDCV 26-1456 JGB (AYPx)** | Date | July 23, 2026 |
| Title | ***Ugur Akbay v. Todd M Lyons, et al.*** | | |

| | |
|---|---|
| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| MAYNOR GALVEZ | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings:** **Minute Order (1) DISMISSING Petition for Habeas Corpus AS MOOT (IN CHAMBERS)**

On May 26, 2026, petitioner Ugur Akbay ("Petitioner") filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 requesting his release from immigration detention and a declaration that Petitioner's detention was illegal. ("Petition," Dkt. No. 1.) The following day, on March 27, 2026, Petitioner filed a motion for a temporary restraining order. ("TRO," Dkt. No. 5.) This Court granted the TRO on April 7, 2026 and ordered the government to release Plaintiff from custody. Since then, no further action has been taken in the instant action.

Because the Court has granted Petitioner's requested relief, the Court determines that no "proper case or controversy under Article III" grants this Court jurisdiction. DaimlerChrysler Corp. v. Cuno, 547 U.S. 332, 341 (2006). Accordingly, the Court **DISMISSES** the Petition **AS MOOT**. The Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED.**